# EXHIBIT B:
# ORDER ON PLAINTIFF'S MOTION
# FOR SUMMARY JUDGMENT

So Ordered.

Dated: March 24, 2021



Beth E. Hanan
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Rodney Ryan and
Jill Ryan,

Debtors.

Case No. 19-29833-beh

Chapter 7

Branko PRPA MD LLC,

Plaintiff,

v.

Rodney and Jill Ryan, and
Fortune & McGillis, S.C.,

Defendants.

Adversary No. 19-02209-beh

**ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the Court's March 24, 2021 decision,

IT IS HEREBY ORDERED that the plaintiff's motion for summary judgment is granted.

IT IS FURTHER ORDERED that the $400,000 is not property of the estate, due to the creation of an express trust or, alternatively, by imposing a constructive trust.

#####