## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

      Rodney Ryan and                       Case No. 19-29833
      Jill Ryan,                                Chapter 7
                        Debtors.

Branko Prpa MD LLC,

                       Plaintiff,

      vs.

Rodney and Jill Ryan, and               Adversary Case No. 19-02209
Fortune & McGillis, S.C.

                     Defendants.

## DESIGNATION OF CONTENTS OF RECORD ON APPEAL
## AND STATEMENT OF ISSUES ON APPEAL

Rodney Ryan and Jill Ryan, the debtors in the above-captioned Chapter 7 Case and, along with Fortune & McGillis, S.C., defendants in the above-captioned adversary proceeding ("Defendants"), by their attorneys, Steinhilber Swanson LLP, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, respectfully submit this Designation of the Contents of Record on Appeal, and the Statement of Issues on Appeal.

The Defendants appeal the Decision on Plaintiff's Motion for Summary Judgment and Objection to Debtors' Claim of Exemptions and the Order on the Plaintiff's Motion for Summary Judgment entered on March 24, 2021, holding (1) an Office of Worker's Compensation Hearings ("OWCH") Order approving a Compromise Agreement which resolved Debtor Rodney Ryan's worker's compensation claim created an express trust in favor of the Debtor's medical providers and lienholders, and therefore the monies received pursuant to the Compromise Agreement ("Compromise Amount") were not property of the Debtor's bankruptcy estate and not subject to a

claim of exemption, (2) that Wis. Stat. 102.27(1) did not preclude the creation of such an express trust in the Compromise Amount, (3) in the alternative, that if an express trust was not created, that a basis existed to impose a constructive trust in favor of the Debtor's medical providers and lienholders over the Compromise amount, and therefore the Compromise Amount was not property of the Debtors' bankruptcy estate and not subject to a claim of exemption, and (4) that the Defendants' lacked an equitable future interest in the Compromise Amount sufficient to bring it within the property of the Debtors' bankruptcy estate and therefore could not claim an exemption.

## DESIGNATION OF CONTENTS OF RECORD ON APPEAL[1]

The following shall be included in the record on appeal:

### Records from Lead Chapter 7 Case No. 19-29833 ("Lead Case")

1.    **Docket Entry No. 15** – Declaration About Individual Debtor's Schedules, Schedule A/B Schedule C, Schedule D, Schedule E/F, Schedule G, Schedule H, Schedule I, Schedule J, Chapter 7 Statement of Current Monthly Income, Form 122A-1, Statement of Financial Affairs, Statement of Intent, Summary of Assets and Liabilities.

2.    **Docket Entry No. 21** – Objection Filed by Creditor Branko Prpa MD LLC to Exemption.

3.    **Docket Entry No. 42 –** Declaration About Individual Debtor's Schedules, Schedule A/B Amended, Schedule C Amended

4.    **Docket Entry No. 43 –** Order Discharging Both Debtors

---

[1] Designation of a document for inclusion in the record includes any attachments or exhibits to such document.

5.      **Docket Entry No. 50 –** Court Minutes and Order Dated January 30, 2020 RE: Pretrial Conference in Adv. No. 19-2209; and Branko Prpa MD LLC's Objection to the Debtors' Claim of Exemptions in Case No. 19-29833-beh

6.      **Docket Entry No. 53 –** Court Minutes and Order RE: (1) Status Conference in Adv. No. 19-02209-beh; and (2) Branko Prpa MD LLC's Objection to the Debtors' Claim of Exemptions in Case No. 19-29833

7.      **Docket Entry No. 55 –** Order on Plaintiff's Objection to Debtors' Claim of Exemptions

8.      **Docket Entry No. 56 –** Decision on Plaintiff's Motion for Summary Judgment and Objection to Debtors' Claim of Exemptions

**Records from Adversary Case No. 19-02209 ("Adversary Case")**

9.      **Docket Entry No. 1** – Complaint by Branko Prpa MD LLC against Roedney Lee Ryan, Jill Colleen Ryan, Fortune & McGillis S.C.

10.     **Docket Entry No. 20** – Answer to Complaint Filed by Fortune & McGillis, S.C.

11.     **Docket Entry No. 21** – Answer to Complaint and Certificate of service filed by Jill Colleen Ryan, Rodney Lee Ryan

12.     **Docket Entry No. 28 –** Exhibit A (Amended) to Complaint

13.     **Docket Entry No. 51 –** Motion for Summary Judgment with Notice of Motion Filed by Plaintiff Branko Prpa MD LLC.

14.     **Docket Entry No. 52 –** Response to Motion for Summary Judgment filed by Jeffrey A. DeMatthew of DeMatthew Law Office on behalf of Defendant Fortune & McGillis, S.C.

3

15. **Docket Entry No. 53 –** Response to Motion for Summary Judgment filed by Defendants Jill Colleen Ryan and Rodney Lee Ryan

16. **Docket Entry No. 54 –** Memorandum of Law in Opposition to the Plaintiff's Motion for Summary Judgment filed by Abraham Michelson on Behalf of Jill Colleen Ryan and Rodney Lee Ryan

17. **Docket Entry No. 55 –** Response filed by Plaintiff Branko Prpa MD LLC Plaintiff's Consolidated Reply in Support of Plaintiff's Motion for Summary Judgment

18. **Docket Entry No. 60 –** Court Held Oral Arguments regarding the Plaintiff's Motion for Summary Judgment.

19. **Docket Entry No. 61 –** Notice to Counsel for the Parties: the Court requests that each party file supplemental briefing

20. **Docket Entry No. 62 –** Transcript Regarding Hearing Held 9/9/2020 RE: Motion for Summary Judgment

21. **Docket Entry No. 63 –** Plaintiff's Supplemental Letter Brief

22. **Docket Entry No. 64 –** Defendant's Supplemental Letter Brief filed by Jill Colleen Ryan and Rodney Lee Ryan

23. **Docket Entry No. 65 –** Defendant's Supplemental Letter Brief filed by Fortune & McGillis, S.C.

24. **Docket Entry No. 66 –** Decision on Plaintiff's Motion for Summary Judgment and Objection to Debtors' Claim of Exemptions

25. **Docket Entry No. 67 –** Order on Plaintiff's Motion for Summary Judgment

26. **Docket Entry No. 68 –** Entry of Judgment

27. **Docket Entry No. 72 –** Defendants' Notice of Appeal and Statement of Elections

4

28.	This Designation of Contents and Statement of Issues

29.	Defendants reserve the right to supplement this Designation of Contents and Statement of Issues as may be necessary.

30.	Also attached are copies of the Bankruptcy Court Docket Entries in the Lead Case and the Adversary Case.

*****

## STATEMENT OF ISSUES ON APPEAL

**The issues to be decided by the Court on this appeal are as follows:**

1.	Whether the Bankruptcy Court for the Eastern District of Wisconsin erred in determining that the OWCH Order Approving the Compromise Agreement created an express trust in favor of the Debtor Rodney Ryan's medical providers and lienholders, and that therefore the Compromise Amount was not property of the Debtors' bankruptcy estate and not subject to a claim of exemption.

2.	Whether the Bankruptcy Court for the Eastern District of Wisconsin erred when it determined that Wis. Stat. § 102.27(1) did not preclude the creation of an express trust in favor of Debtor Rodney Ryan's medical providers and lienholders or otherwise protect the settlement amount.

3.	Whether the Bankruptcy Court for the Eastern District of Wisconsin erred when it found a basis to impose a constructive trust over the Compromise Amount in favor of the Debtor Rodney Ryan's medical providers and lienholders, and that therefore the compromise amount was not property of the Debtors' bankruptcy estate and not subject to a claim of exemption.

4.	Whether the Bankruptcy Court for the Eastern District of Wisconsin erred when it determined that the Defendants' remainder interest in the Compromise Amount did not create an equitable future interest sufficient to bring the Compromise Amount within the property of the Debtors' bankruptcy estate, and therefore was not subject a claim of exemption.

5.      Whether the Bankruptcy Court for the Eastern District of Wisconsin erred when it refused to consider exhibits attached to Defendant Fortune & McGillis, S.C.'s Response to Plaintiff's Motion for Summary Judgment.

6.      Whether the Bankruptcy Court for the Eastern District of Wisconsin erred when it determined that there were no material facts at issue, and that the Plaintiff was entitled to summary judgment as a matter of law.

Dated this 21st day of April, 2021

**STEINHILBER SWANSON LLP**
**Attorneys for Appellants**

By:      */s/ Claire Ann Richman*
      Claire Ann Richman
      122 W. Washington Ave., Suite 850
      Madison, WI 53703-2718
      Tel: (608) 630-8990
      Fax: (608) 630-8991
      crichman@steinhilberswanson.com

**MEANSNO**

# U.S. Bankruptcy Court
## Eastern District of Wisconsin (Milwaukee)
## Bankruptcy Petition #: 19-29833-beh

|  |  |
|---|---|
| *Date filed:* | 10/11/2019 |
| *Date reopened:* | 01/24/2020 |
| *Debtor discharged:* | 01/22/2020 |
| *Joint debtor discharged:* | 01/22/2020 |
| *341 meeting:* | 11/21/2019 |
| *Deadline for objecting to discharge:* | 01/21/2020 |

*Assigned to:* Beth E. Hanan
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor**<br>**Rodney Lee Ryan**<br>2812 Jean Avenue<br>Racine, WI 53404<br>SSN / ITIN: xxx-xx-4085 | represented by **Abraham Michelson**<br>P.O. Box 67<br>617 6th Street<br>Racine, WI 53401-0067<br>1-262-638-8400<br>Fax : 1-262-638-1818<br>Email: amichelson@michelsonlawracine.com |
| **Joint Debtor**<br>**Jill Colleen Ryan**<br>2812 Jean Avenue<br>Racine, WI 53404<br>SSN / ITIN: xxx-xx-4041 | represented by **Abraham Michelson**<br>(See above for address) |

**Trustee**
**Steven R. McDonald**
7300 South 13th Street
Suite 201
Oak Creek, WI 53154
(414) 226-2200

**U.S. Trustee**
**Office of the U. S. Trustee**
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202
414-297-4499

| Filing Date | # | Docket Text |
|---|---|---|
| 10/11/2019 | 1<br>(13 pgs) | Chapter 7 Voluntary Petition Filed by Rodney Lee Ryan, Jill Colleen Ryan Fee Amount: $335. (Michelson, Abraham) (Entered: 10/11/2019) |
| 10/11/2019 | 2<br>(2 pgs) | Certificate of Credit Counseling filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (Michelson, Abraham) (Entered: 10/11/2019) |

| | | |
|---|---|---|
| 10/11/2019 | 3 (1 pg) | Payment Advice Cover Sheet filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (Michelson, Abraham) (Entered: 10/11/2019) |
| 10/11/2019 | 4 (2 pgs) | Meeting of Creditors to be held on 11/21/2019 at 01:30 PM in Kenosha County Center, Rm. A, 19600 75th Street, Bristol, WI 53104. Last day to oppose discharge or dischargeability is 01/21/2020. (Michelson, Abraham) (Entered: 10/11/2019) |
| 10/11/2019 | 5 | Receipt of Voluntary Petition (Chapter 7)(19-29833) [misc,volp7a] ( 335.00) Filing Fee. Receipt number 18751429. Fee amount 335.00 (re: Doc # 1 ) . (U.S. Treasury) (Entered: 10/11/2019) |
| 10/11/2019 | 7 | Deficiency Deadlines Updated Section 521i due 11/25/2019. Schedules A/B-J and Declaration due 10/25/2019. Statement of Financial Affairs due 10/25/2019.Statement of Your Current Monthly Income Form 122A-1 Due: 10/25/2019. Summary of Assets and Liabilities due 10/25/2019. Atty Disclosure Statement due 10/25/2019. Incomplete Filings due by 10/25/2019. (lmi, Deputy Clerk) (Entered: 10/15/2019) |
| 10/14/2019 | 6 | Notice of Debtors Prior Filings<br><br>| Debtor | Case No | Note |<br>|---|---|---|<br>| Rodney Lee Ryan and Jill Colleen Ryan | 91-24429 | Ch7 filed in Wisconsin Eastern on 07/01/1991 |<br><br>(Admin) (Entered: 10/14/2019) |
| 10/15/2019 | 8 (1 pg) | Order for Proposed Deficiency. (lmi, Deputy Clerk) (Entered: 10/15/2019) |
| 10/17/2019 | 9 (28 pgs; 6 docs) | Motion for Relief from Stay as to 2812 Jean Ave, Racine, WI 53404-1826., in addition to Motion to Abandon with Notice of Motion and Certificate of Service filed by Jay J. Pitner of Gray & Associates, LLP on behalf of Creditor PNC Bank, National Association. Objections due by 10/31/2019. (Attachments: # 1 Exhibit Note # 2 Exhibit Mortgage # 3 Exhibit Merger # 4 Exhibit Loan Modification # 5 Exhibit Matrix) Fee Amount $181. (Pitner, Jay) (Entered: 10/17/2019) |
| 10/17/2019 | 10 | Receipt of Motion to Abandon(19-29833-beh) [motion,mabn] ( 181.00) Filing Fee. Receipt number 18769580. Fee amount 181.00 (re: Doc # 9 ) . (U.S. Treasury) (Entered: 10/17/2019) |
| 10/17/2019 | 11 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors (RE: 4 Meeting of Creditors (Chapter 7)). Notice Date 10/17/2019. (Admin.) (Entered: 10/18/2019) |
| 10/17/2019 | 12 (2 pgs) | BNC Certificate of Mailing - PDF Document (RE: 8 Order for Proposed Deficiency). Notice Date 10/17/2019. (Admin.) (Entered: 10/18/2019) |
| 11/04/2019 | 13 (2 pgs) | Proposed Order RE: 9 - Motion for Relief From Automatic Stay Motion to Abandon filed by Attorney Christopher C. Drout of Gray & Associates, L.L.P. on behalf of PNC Bank, National Association. Any required notice period has run without objection. (Drout, Christopher) (Entered: 11/04/2019) |

| Date | Document | Description |
|---|---|---|
| 11/06/2019 | 🔵 14 (2 pgs) | Order Granting Motion of PNC Bank, National Association for Relief From the Automatic Stay and Abandonment (RE: 9) (lmi, Deputy Clerk) (Signed: 11/05/2019) (Entered: 11/06/2019) |
| 11/06/2019 | 🔵 15 (59 pgs) | Declaration About Individual Debtor's Schedules , Schedule A/B , Schedule C , Schedule D , Schedule E/F , Schedule G , Schedule H , Schedule I , Schedule J , Chapter 7 Statement of Current Monthly Income Form 122A-1 , Statement of Financial Affairs , Statement of Intent , Summary of Assets and Liabilities filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (Michelson, Abraham) (Entered: 11/06/2019) |
| 11/08/2019 | 🔵 16 (1 pg) | Disclosure of Compensation of Attorney on behalf of the Debtors filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (Michelson, Abraham) (Entered: 11/08/2019) |
| 11/08/2019 | 🔵 17 (3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 14 Order on Motion for Relief From Automatic Stay). Notice Date 11/08/2019. (Admin.) (Entered: 11/09/2019) |
| 11/21/2019 | 🔵 18 | Chapter 7 Trustee's Report of No Distribution: having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Debtor appeared. Joint debtor appeared. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 104210.00, Assets Exempt: $ 831634.00, Claims Scheduled: $ 993617.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 993617.00. (McDonald, Steven) (Entered: 11/21/2019) |
| 11/25/2019 | 🔵 19 (4 pgs) | Financial Management Course Certificate , Certification About a Financial Management Course (Form 423) filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (Michelson, Abraham) (Entered: 11/25/2019) |
| 12/16/2019 | 🔵 20 (13 pgs; 3 docs) | Adversary case 19-02209. Complaint by Branko Prpa MD LLC (attorney Frank W. DiCastri) against Rodney Lee Ryan, Jill Colleen Ryan, Fortune & McGillis, S.C.. Fee Amount $350 (Attachments: # 1 Exhibit A # 2 Exhibit B) (14 (Recovery of money/property - other))(DiCastri, Frank) (Entered: 12/16/2019) |
| 12/16/2019 | 🔵 21 (5 pgs; 2 docs) | Objection Filed by Creditor Branko Prpa MD LLC to Exemption (Re: )with Notice Objections due by 12/30/2019. (With attachments) (DiCastri, Frank) (Entered: 12/16/2019) |
| 12/17/2019 | 🔵 22 (1 pg) | Notice of Hearing (RE: 21 Creditor Branko Prpa MD LLC's Objection to Exemption). Hearing to be held on 1/30/2020 at 10:00 AM via Telephone Hearing. To appear by telephone, you must call the Court conference line at 1-888-808-6929, and enter access code 9122579 before the scheduled hearing time. (bas, Deputy Clerk) (Entered: 12/17/2019) |

| Date | Doc | Description |
|---|---|---|
| 12/19/2019 | 23<br>(2 pgs) | Certificate of Service filed by Frank W. DiCastri on behalf of Branko Prpa MD LLC. (RE: 21 Objection). (DiCastri, Frank) (Entered: 12/19/2019) |
| 12/19/2019 | 24<br>(2 pgs) | BNC Certificate of Mailing - PDF Document (RE: 22 Notice of Hearing). Notice Date 12/19/2019. (Admin.) (Entered: 12/20/2019) |
| 12/30/2019 | 25<br>(2 pgs) | Stipulation By Jill Colleen Ryan, Rodney Lee Ryan and *To Extend Time To File an Answer to Creditor's Objection to Use of Exemptions in Debtors' Bankruptcy Case* filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (RE: 21 Objection). (Michelson, Abraham) (Entered: 12/30/2019) |
| 12/30/2019 | 26<br>(2 pgs) | Proposed Order *To Extend Time to File An Answer to Creditor's Objection to use of Exemptions in Debtors' Bankruptcy Case* RE: 25 - Stipulation filed by Attorney Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (Michelson, Abraham) (Entered: 12/30/2019) |
| 01/02/2020 | 27<br>(1 pg) | Orderto Extend Time for Debtors to File a Response to Creditor's Objection to Debtors' Use of Exemptions (RE: 25 Stipulation). (lmi, Deputy Clerk) (Signed: 01/02/2020) (Entered: 01/02/2020) |
| 01/04/2020 | 28<br>(2 pgs) | BNC Certificate of Mailing - PDF Document (RE: 27 Order on Stipulation). Notice Date 01/04/2020. (Admin.) (Entered: 01/04/2020) |
| 01/06/2020 | 29<br>(1 pg) | Notice of Appearance and Request for Notice filed by Creditor Branko Prpa MD LLC (Greenawald, Lindsey) (Entered: 01/06/2020) |
| 01/06/2020 | 30<br>(1 pg) | Notice of Appearance and Request for Notice filed by Creditor Branko Prpa MD LLC (Arnold, Bruce) (Entered: 01/06/2020) |
| 01/06/2020 | 31<br>(1 pg) | Notice of Appearance and Request for Notice filed by Creditor Branko Prpa MD LLC (Posnanski, Timothy) (Entered: 01/06/2020) |
| 01/07/2020 | 32<br>(2 pgs) | Certificate of Service filed by Lindsey M. Greenawald on behalf of Branko Prpa MD LLC. (RE: 29 Notice of Appearance, 30 Notice of Appearance, 31 Notice of Appearance). (Greenawald, Lindsey) (Entered: 01/07/2020) |
| 01/08/2020 | 33<br>(2 pgs) | Motion to Withdraw as Attorney *for Creditor and Plaintiff Branko Prpa MD LLC* filed by Frank W. DiCastri of Reinhart Boerner Van Deuren s.c. on behalf of Creditor Branko Prpa MD LLC. (DiCastri, Frank) (Entered: 01/08/2020) |
| 01/08/2020 | 34<br>(1 pg) | Proposed Order *Terminating Attorney of Record* RE: 33 - Motion to Withdraw or Substitute Attorney filed by Attorney Frank W. DiCastri of Reinhart Boerner Van Deuren s.c. on behalf of Branko Prpa MD LLC. (DiCastri, Frank) (Entered: 01/08/2020) |
| 01/09/2020 | 35<br>(1 pg) | Order Terminating Attorney of Record (Related Doc # 33) (ams, Deputy Clerk) (Signed: 01/09/2020) (Entered: 01/09/2020) |
| 01/11/2020 | 36<br>(2 pgs) | BNC Certificate of Mailing - PDF Document (RE: 35 Order on Motion to Withdraw or Substitute Attorney). Notice Date 01/11/2020. (Admin.) (Entered: 01/11/2020) |
| 01/17/2020 | 37<br>(1 pg) | Notice of Change of Address for a Creditor *Dr. Neil Guenther* filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. |

| | | |
|---|---|---|
| | | (Michelson, Abraham) (Entered: 01/17/2020) |
| 01/17/2020 | ⚪ 38 | Withdrawal of Document. This document is being withdrawn because wrong case filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (RE: 37 Notice of Change of Address). (Michelson, Abraham) (Entered: 01/17/2020) |
| 01/17/2020 | ⚪ 39 (1 pg) | Notice of Change of Address for a Creditor *Dr. Neil Guenther* filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (Michelson, Abraham) (Entered: 01/17/2020) |
| 01/17/2020 | ⚪ 40 (1 pg) | Certificate of Service *Dr. Neil Guenther* filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (RE: 4 Meeting of Creditors (Chapter 7)). (Michelson, Abraham) (Entered: 01/17/2020) |
| 01/17/2020 | ⚪ 41 (11 pgs) | Declaration About Individual Debtor's Schedules , Schedule A/B *Amended*, Schedule C *Amended* filed by Abraham Michelson on behalf of Jill Colleen Ryan, Rodney Lee Ryan. (Michelson, Abraham) (Entered: 01/17/2020) |
| 01/17/2020 | ⚪ 42 (5 pgs; 2 docs) | Response Filed by Abraham Michelson on behalf of Joint Debtor Jill Colleen Ryan, Debtor Rodney Lee Ryan. to 21 Objection filed by Creditor Branko Prpa MD LLC and Certificate of Service (With attachments) (Michelson, Abraham) (Entered: 01/17/2020) |
| 01/22/2020 | ⚪ 43 (2 pgs) | Order Discharging Both Debtors (RE: 4 Meeting of Creditors (Chapter 7)). (lmi, Deputy Clerk) (Entered: 01/22/2020) |
| 01/22/2020 | ⚪ 44 (1 pg) | Vacated Order Closing Chapter 7 Case. (lmi, Deputy Clerk). (Entered: 01/22/2020) |
| 01/24/2020 | ⚪ 45 (1 pg) | Order Vacating Order Closing Case (RE: 44). (lmi, Deputy Clerk) (Signed: 01/23/2020) (Entered: 01/24/2020) |
| 01/24/2020 | ⚪ 46 (5 pgs) | BNC Certificate of Mailing - Order of Discharge (RE: 43 Order Discharging Debtor). Notice Date 01/24/2020. (Admin.) (Entered: 01/25/2020) |
| 01/24/2020 | ⚪ 47 (2 pgs) | BNC Certificate of Mailing - PDF Document (RE: 44 Order Closing Chapter 7 Case). Notice Date 01/24/2020. (Admin.) (Entered: 01/25/2020) |
| 01/26/2020 | ⚪ 48 (4 pgs) | BNC Certificate of Mailing - PDF Document (RE: 45 Order to Vacate). Notice Date 01/26/2020. (Admin.) (Entered: 01/27/2020) |
| 01/30/2020 | ⚪ | Adjourned Hearing (related document(s): 21 Objection filed by Branko Prpa MD LLC) Status hearing scheduled 05/13/2020 at 10:00 AM via telephone. (mhb) (Entered: 01/30/2020) |
| 01/30/2020 | ⚪ 49 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 01/30/2020 10:03:29 AM ]. File Size [ 16494 KB ]. Run Time [ 00:34:22 ]. (Creditor Branko Prpa MD LLC's Objection to Exemption). (admin). (Entered: 01/30/2020) |
| 01/30/2020 | ⚪ 50 (2 pgs) | Court Minutes and Order dated January 30, 2020 RE: (1) Pretrial Conference in Adv. No. 19-2209; and (2) Branko Prpa MD LLC's objection to the debtors' claim of exemptions in Case No. 19-29833-beh. A status |

| | | conference will be held on May 13, 2020, at 10:00 a.m. via telephone. (lmi, Deputy Clerk) (Signed: 01/30/2020) (Entered: 01/30/2020) |
|---|---|---|
| 02/01/2020 | ● 51 (3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 50 Scheduling Order). Notice Date 02/01/2020. (Admin.) (Entered: 02/01/2020) |
| 02/13/2020 | ● | BNC Returned Mail for Neil Guenther M.D., 8901 W. Lincoln Avenue, Milwaukee, WI 53227-2409, ( RE: 45 Order to Vacate). (Admin) (Entered: 02/13/2020) |
| 05/13/2020 | ●⟆ 52 (1 pg) | PDF with attached Audio File. Court Date & Time [ 05/13/2020 10:06:00 AM ]. File Size [ 17037 KB ]. Run Time [ 00:35:30 ]. (Creditor Branko Prpa MD LLC's Objection to Exemption). (admin). (Entered: 05/13/2020) |
| 05/14/2020 | ● 53 (2 pgs) | Court Minutes and Order RE: (1) Status Conference in Adv. No. 19-02209-beh; and (2) Branko Prpa MD LLC's objection to the debtors' claim of exemptions in Case No. 19-29833-beh (RE: 21 Objection). (lmi, Deputy Clerk) (Entered: 05/14/2020) |
| 05/16/2020 | ● 54 (3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 53 Order (Generic)). Notice Date 05/16/2020. (Admin.) (Entered: 05/16/2020) |
| 03/24/2021 | ● 55 (1 pg) | Order on Plaintiff's Objection to Debtors' Claim of Exemptions (RE: 21). (jah, Deputy Clerk) (Signed: 03/24/2021) (Entered: 03/24/2021) |
| 03/25/2021 | ● 56 (31 pgs) | Decision on Plaintiff's Motion for Summary Judgment and Objection to Debtors' Claim of Exemptions (RE: 21 Objection). (skd, Law Clerk) (Entered: 03/25/2021) |
| 03/26/2021 | ● 57 (3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 55 Order (Generic)). Notice Date 03/26/2021. (Admin.) (Entered: 03/27/2021) |

# U.S. Bankruptcy Court
## Eastern District of Wisconsin (Milwaukee)
## Adversary Proceeding #: 19-02209-beh

*Assigned to:* Beth E. Hanan                                    *Date Filed:* 12/16/19
*Lead BK Case:* 19-29833
*Lead BK Filed:* 10/11/19
*Lead BK Title:* Rodney Lee Ryan and Jill Colleen Ryan
*Lead BK Chapter:* 7
*Demand:* $400000000

*Nature[s] of Suit:* 14 Recovery of money/property - other

### Plaintiff
----------------------

**Branko Prpa MD LLC**                represented by **Bruce G. Arnold**
7200 Washington Ave                           Husch Blackwell LLP
Suite 101                                      555 East Wells Street
Mount Pleasant, WI 53406             Suite 1900
                                            Milwaukee, WI 53202
                                            414-273-2100
                                            Fax : 414-223-5000
                                            Email: bruce.arnold@huschblackwell.com

                                            **Frank W. DiCastri**
                                            Reinhart Boerner Van Deuren s.c.
                                            1000 North Water Street
                                            Suite 1700
                                            Milwaukee, WI 53202
                                            (414) 298-8356
                                            Email: fdicastri@reinhartlaw.com
                                            *TERMINATED: 01/10/2020*

                                            **Lindsey M. Greenawald**
                                            Husch Blackwell LLP
                                            555 East Wells Street, Suite 1900
                                            Milwaukee, WI 53202
                                            414-273-2100
                                            Email: lindsey.greenawald@huschblackwell.com

                                            **Timothy H. Posnanski**
                                            Husch Blackwell LLP
                                            555 East Wells Street, Suite 1900
                                            Milwaukee, WI 53202-4894
                                            414-978-5791
                                            Email: Timothy.Posnanski@HuschBlackwell.com

V.

## *Defendant*
-----------------------

**Rodney Lee Ryan**
2812 Jean Avenue
Racine, WI 53404

represented by **Abraham Michelson**
P.O. Box 67
617 6th Street
Racine, WI 53401-0067
1-262-638-8400
Fax : 1-262-638-1818
Email: amichelson@michelsonlawracine.com
*LEAD ATTORNEY*

**Claire Ann Richman**
Steinhilber Swanson LLP
122 West Washington Avenue
Suite 850
Madison, WI 53703
608-630-8990
Fax : 608-630-8991
Email: crichman@steinhilberswanson.com

## *Defendant*
-----------------------

**Jill Colleen Ryan**
2812 Jean Avenue
Racine, WI 53404

represented by **Abraham Michelson**
(See above for address)
*LEAD ATTORNEY*

**Claire Ann Richman**
(See above for address)

## *Defendant*
-----------------------

**Fortune & McGillis, S.C.**
1300 S. Green Bay Road
Suite 302
Racine, WI 53406

represented by **Jeffrey A. DeMatthew**
DeMatthew Law Office
822 Wisconsin Avenue
Racine, WI 53403
262-633-2495
Email: dematthew@ameritech.net

**Claire Ann Richman**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 12/16/2019 | 🔵 1 (13 pgs; 3 docs) | Adversary case 19-02209. Complaint by Branko Prpa MD LLC (attorney Frank W. DiCastri) against Rodney Lee Ryan, Jill Colleen Ryan, Fortune & McGillis, S.C.. Fee Amount $350 (Attachments: # 1 Exhibit A # 2 Exhibit B) (14 (Recovery of money/property - other))(DiCastri, Frank) (Entered: 12/16/2019) |
| 12/16/2019 | 2 | Receipt of Complaint(19-02209-beh) [cmp,cmp] ( 350.00) Filing Fee. Receipt number 18956644. Fee amount 350.00 (re: Doc # 1) . (U.S. |

| | | |
|---|---|---|
| | | Treasury) (Entered: 12/16/2019) |
| 12/16/2019 | ⚫3 | Sealed Document *Exhibit A to Complaint* Filed by Plaintiff Branko Prpa MD LLC (DiCastri, Frank) (Entered: 12/16/2019) |
| 12/16/2019 | ⚫4<br>(5 pgs; 2 docs) | Motion to Seal Document (RE: related document(s)3 Sealed Document) with Notice of Motion Filed by Plaintiff Branko Prpa MD LLC Objections due by 12/30/2019. (Attachments: # 1 Notice) (DiCastri, Frank) (Entered: 12/16/2019) |
| 12/17/2019 | ⚫5<br>(2 pgs) | **Summons Issued.** Attorney for Plaintiff must serve the summons and a copy of the complaint on parties pursuant to Fed.R.Bankr.P. 7004, and file a certificate of service with the Court. Answer Due by 1/16/2020. United States and its offices and agencies answer due by 1/21/2020. Pre-Trial Conference set for 1/30/2020 at 10:00 AM at Telephone Hearing. (mhb, Law Clerk) (Entered: 12/17/2019) |
| 12/18/2019 | ⚫6<br>(1 pg) | Certificate of Service *upon Abraham Michelson* Filed by Branko Prpa MD LLC (RE: 5 Electronic Summons Issued) (DiCastri, Frank) (Entered: 12/18/2019) |
| 12/18/2019 | ⚫7<br>(1 pg) | Certificate of Service *upon the Office of the United States Trustee* Filed by Branko Prpa MD LLC (RE: 5 Electronic Summons Issued) (DiCastri, Frank) (Entered: 12/18/2019) |
| 12/18/2019 | ⚫8<br>(1 pg) | Certificate of Service *upon Steven R. McDonald, Chapter 7 Trustee* Filed by Branko Prpa MD LLC (RE: 5 Electronic Summons Issued) (DiCastri, Frank) (Entered: 12/18/2019) |
| 12/18/2019 | ⚫9<br>(1 pg) | Certificate of Service *upon Defendant Rodney Lee Ryan* Filed by Branko Prpa MD LLC (RE: 5 Electronic Summons Issued) (DiCastri, Frank) (Entered: 12/18/2019) |
| 12/18/2019 | ⚫10<br>(1 pg) | Certificate of Service *upon Defendant Jill Colleen Ryan* Filed by Branko Prpa MD LLC (RE: 5 Electronic Summons Issued) (DiCastri, Frank) (Entered: 12/18/2019) |
| 12/18/2019 | ⚫11<br>(1 pg) | Certificate of Service *upon Defendant Fortune & McGillis, S.C.* Filed by Branko Prpa MD LLC (RE: 5 Electronic Summons Issued) (DiCastri, Frank) (Entered: 12/18/2019) |
| 01/06/2020 | ⚫12<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Branko Prpa MD LLC (Greenawald, Lindsey) (Entered: 01/06/2020) |
| 01/06/2020 | ⚫13<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Branko Prpa MD LLC (Arnold, Bruce) (Entered: 01/06/2020) |
| 01/06/2020 | ⚫14<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Branko Prpa MD LLC (Posnanski, Timothy) (Entered: 01/06/2020) |
| 01/07/2020 | ⚫15<br>(2 pgs) | Certificate of Service Filed by Branko Prpa MD LLC (RE: 12 Notice of Appearance filed by Plaintiff Branko Prpa MD LLC, 13 Notice of Appearance filed by Plaintiff Branko Prpa MD LLC, 14 Notice of Appearance filed by Plaintiff Branko Prpa MD LLC) (Greenawald, Lindsey) (Entered: 01/07/2020) |

| 01/08/2020 | 🔵16<br>(2 pgs) | Motion to Withdraw as Attorney *for Creditor and Plaintiff Branko Prpa MD LLC* Filed by Plaintiff Branko Prpa MD LLC (DiCastri, Frank) (Entered: 01/08/2020) |
| 01/08/2020 | 🔵17<br>(1 pg) | Proposed Order *Terminating Attorney of Record* RE: 16 - Motion to Withdraw or Substitute Attorney filed by Attorney Frank W. DiCastri of Reinhart Boerner Van Deuren s.c. on behalf of Branko Prpa MD LLC. (DiCastri, Frank) (Entered: 01/08/2020) |
| 01/10/2020 | 🔵18<br>(1 pg) | Order Terminating Attorney of Record (Related Doc # 16) (cs, Deputy Clerk) (Signed: 01/09/2020) (Entered: 01/10/2020) |
| 01/12/2020 | 🔵19<br>(2 pgs) | BNC Certificate of Mailing - PDF Document (RE: 18 Order on Motion to Withdraw or Substitute Attorney). Notice Date 01/12/2020. (Admin.) (Entered: 01/12/2020) |
| 01/15/2020 | 🔵20<br>(11 pgs) | Answer to Complaint Filed by Fortune & McGillis, S.C. . (hk, Deputy Clerk) (Entered: 01/15/2020) |
| 01/17/2020 | 🔵21<br>(11 pgs; 2 docs) | Answer to Complaint and Certificate of Service Filed by Jill Colleen Ryan, Rodney Lee Ryan. (Attachments: # 1 COS Answer to Adversary) (Michelson, Abraham) (Entered: 01/17/2020) |
| 01/30/2020 | 🔵 | Adjourned Hearing. Status hearing scheduled 05/13/2020 at 10:00 AM via telephone. (mhb) (Entered: 01/30/2020) |
| 01/30/2020 | 🔵22<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 01/30/2020 10:03:29 AM ]. File Size [ 16494 KB ]. Run Time [ 00:34:22 ]. (Pre-trial Conferece). (admin). (Entered: 01/30/2020) |
| 01/30/2020 | 🔵23<br>(2 pgs) | Court Minutes and Order dated January 30, 2020 RE: (1) Pretrial Conference in Adv. No. 19-2209; and (2) Branko Prpa MD LLC's objection to the debtors' claim of exemptions in Case No. 19-29833-beh. A status conference will be held on May 13, 2020, at 10:00 a.m. via telephone. (lmi, Deputy Clerk) (Signed: 01/30/2020) (Entered: 01/30/2020) |
| 02/01/2020 | 🔵24<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 23 Scheduling Order). Notice Date 02/01/2020. (Admin.) (Entered: 02/01/2020) |
| 04/14/2020 | 🔵25 | **Notice to counsel for the plaintiff:** Please submit a proposed order resolving the plaintiff's motion to file document under seal (4), as the objection deadline has passed. (RE: 4 Motion to Seal Document filed by Plaintiff Branko Prpa MD LLC). (skd, Law Clerk) (Entered: 04/14/2020) |
| 04/16/2020 | 🔵26<br>(2 pgs) | Proposed Order *Granting Branko Prpa MD LLC's Motion for Leave to File Exhibit Under Seal* RE: 4 - Motion to Seal Document filed by Attorney Timothy H. Posnanski of Husch Blackwell LLP on behalf of Branko Prpa MD LLC. Any required notice period has run without objection. (Posnanski, Timothy) (Entered: 04/16/2020) |
| 04/23/2020 | 🔵27 | **Notice to counsel for the plaintiff:** The Court will address your motion to seal at the 05/13 status conference. Counsel should be prepared to discuss, with citation to authority, why the Court should seal Exhibit A and specifically address why redacted copies would not suffice. (RE: 4 Motion |

| 05/12/2020 | 28<br>(20 pgs) | Exhibit *A (Amended)* Filed by Branko Prpa MD LLC (RE: 1 Complaint filed by Plaintiff Branko Prpa MD LLC) (Posnanski, Timothy) (Entered: 05/12/2020) |
| 05/13/2020 | 29<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 05/13/2020 10:06:00 AM ]. File Size [ 17037 KB ]. Run Time [ 00:35:30 ]. (Status Conference). (admin). (Entered: 05/13/2020) |
| 05/14/2020 | 30<br>(2 pgs) | Court Minutes and Order RE: (1) Status Conference in Adv. No. 19-02209-beh; and (2) Branko Prpa MD LLC's objection to the debtors' claim of exemptions in Case No. 19-29833-beh. (lmi, Deputy Clerk) (Signed: 05/14/2020) (Entered: 05/14/2020) |
| 05/14/2020 | 31<br>(2 pgs) | Order Granting Branko Prpa MD LLC's Motion For Leave To File Exhibit Under Seal (RE: 4) (lmi, Deputy Clerk) (Signed: 05/14/2020) (Entered: 05/14/2020) |
| 05/16/2020 | 32<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 30 Order (Generic)). Notice Date 05/16/2020. (Admin.) (Entered: 05/16/2020) |
| 05/16/2020 | 33<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 31 Order on Motion to Seal). Notice Date 05/16/2020. (Admin.) (Entered: 05/16/2020) |
| 05/29/2020 | 34<br>(2 pgs) | Correspondence filed by Fortune & McGillis, S.C. . (RE: 30 Order (Generic), 31 Order on Motion to Seal). (amb, Deputy Clerk) (Entered: 05/29/2020) |
| 05/29/2020 | 35<br>(19 pgs) | Support/Supplement Re: *Exhibit A* Filed by Branko Prpa MD LLC (RE: 3 Sealed Document filed by Plaintiff Branko Prpa MD LLC) (Posnanski, Timothy) (Entered: 05/29/2020) |
| 05/29/2020 | 36 | Supplemental Sealed Document *Exhibit A to Doc 3* Filed by Plaintiff Branko Prpa MD LLC (Posnanski, Timothy) (Entered: 05/29/2020) |
| 06/03/2020 | 37<br>(2 pgs) | Order Requiring Fortune & McGillis, S.C. to Show Cause Why it Should Not Be Sanctioned For Failure to Comply with Local Rules and Court Directives. (lmi, Deputy Clerk) (Signed: 06/03/2020) (Entered: 06/03/2020) |
| 06/05/2020 | 38<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 37 Order to Show Cause). Notice Date 06/05/2020. (Admin.) (Entered: 06/05/2020) |
| 06/11/2020 | 39<br>(2 pgs) | Notice of Appearance and Request for Notice filed by Jeffrey A. DeMatthew on behalf of Fortune & McGillis, S.C.. (DeMatthew, Jeffrey) (Entered: 06/11/2020) |
| 06/11/2020 | 40<br>(1 pg) | Motion to Substitute as Attorney *for Defendant Fortune & McGillis, S.C.* filed by Jeffrey A. DeMatthew of DeMatthew Law Office on behalf of Defendant Fortune & McGillis, S.C.. (DeMatthew, Jeffrey) (Entered: 06/11/2020) |
| 06/11/2020 | 41 | Proposed Order RE: 40 - Motion to Withdraw or Substitute Attorney filed |

| | | |
|---|---|---|
| | (2 pgs) | by Attorney Jeffrey A. DeMatthew of DeMatthew Law Office on behalf of Fortune & McGillis, S.C.. (DeMatthew, Jeffrey) (Entered: 06/11/2020) |
| 06/12/2020 | 42<br>(1 pg) | Motion to Withdraw/Dismiss Document (related document(s) 20 Answer to Complaint) *as to Counter-claim for Sanctions* filed by Jeffrey A. DeMatthew of DeMatthew Law Office on behalf of Defendant Fortune & McGillis, S.C.. (DeMatthew, Jeffrey) (Entered: 06/12/2020) |
| 06/12/2020 | 43<br>(2 pgs) | Proposed Order RE: 42 - Motion to Withdraw/Dismiss Document filed by Attorney Jeffrey A. DeMatthew of DeMatthew Law Office on behalf of Fortune & McGillis, S.C.. (DeMatthew, Jeffrey) (Entered: 06/12/2020) |
| 06/12/2020 | 44<br>(13 pgs) | Correspondence *as to why Sanctions should not be imposed* filed by Jeffrey A. DeMatthew on behalf of Fortune & McGillis, S.C.. (RE: 37 Order to Show Cause). (DeMatthew, Jeffrey) (Entered: 06/12/2020) |
| 06/16/2020 | 45<br>(2 pgs) | Order on Motion to Withdraw Counter-Claim for Sanctions (RE: 42).(lmi, Deputy Clerk) (Signed: 06/15/2020) (Entered: 06/16/2020) |
| 06/16/2020 | 46<br>(2 pgs) | Order Approving Substitution of C Attorney (Related Doc # 40) (lmi, Deputy Clerk) (Signed: 06/15/2020) (Entered: 06/16/2020) |
| 06/16/2020 | 47<br>(2 pgs) | Order to Show Cause Satisfied (RE: 37 Order to Show Cause). (lmi, Deputy Clerk) (Signed: 06/15/2020) (Entered: 06/16/2020) |
| 06/18/2020 | 48<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 45 Order on Application to Dismiss/Withdraw Document). Notice Date 06/18/2020. (Admin.) (Entered: 06/18/2020) |
| 06/18/2020 | 49<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 46 Order on Motion to Withdraw or Substitute Attorney). Notice Date 06/18/2020. (Admin.) (Entered: 06/18/2020) |
| 06/18/2020 | 50<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (RE: 47 Order (Generic)). Notice Date 06/18/2020. (Admin.) (Entered: 06/18/2020) |
| 06/24/2020 | 51<br>(58 pgs; 5 docs) | Motion For Summary Judgment with Notice of Motion Filed by Plaintiff Branko Prpa MD LLC Objections due by 7/22/2020. (Attachments: # 1 Supplement Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment # 2 Declaration of Timothy H. Posnanski # 3 Declaration of Joyce Seib # 4 Notice of Motion) (Posnanski, Timothy) (Entered: 06/24/2020) |
| 07/22/2020 | 52<br>(108 pgs; 3 docs) | Response Filed by Jeffrey A. DeMatthew of DeMatthew Law Office on behalf of Defendant Fortune & McGillis, S.C.. to 51 Motion For Summary Judgment filed by Plaintiff Branko Prpa MD LLC (With attachments) (DeMatthew, Jeffrey) (Entered: 07/22/2020) |
| 07/22/2020 | 53<br>(2 pgs) | Response Filed by Defendants Jill Colleen Ryan, Rodney Lee Ryan to (51 Motion For Summary Judgment filed by Plaintiff Branko Prpa MD LLC) Filed by Jill Colleen Ryan, Rodney Lee Ryan (RE: 51 Motion for Summary Judgment filed by Plaintiff Branko Prpa MD LLC) (Michelson, Abraham) (Entered: 07/22/2020) |
| 07/22/2020 | 54<br>(32 pgs; 4 docs) | Memorandum of Law *in Opposition to The Plantiff's Motion for Summary Judgment* filed by Abraham Michelson on behalf of Jill Colleen Ryan, |

| | | |
|---|---|---|
| | | Rodney Lee Ryan. (Attachments: # 1 Declaration of Richard Fortune # 2 Declaration of Joseph Danas Jr # 3 Declaration of Abraham Michelson) (Michelson, Abraham) (Entered: 07/22/2020) |
| 07/29/2020 | 55 (21 pgs; 2 docs) | Response Filed by Plaintiff Branko Prpa MD LLC *Plaintiff's Consolidated Reply in Support of Plaintiff's Motion for Summary Judgment* to (51 Motion For Summary Judgment filed by Plaintiff Branko Prpa MD LLC, 52 Response filed by Defendant Fortune & McGillis, S.C., 53 Response filed by Defendant Jill Colleen Ryan, Defendant Rodney Lee Ryan) Filed by Branko Prpa MD LLC (RE: 51 Motion for Summary Judgment filed by Plaintiff Branko Prpa MD LLC, 52 Response filed by Defendant Fortune & McGillis, S.C., 53 Response filed by Defendant Jill Colleen Ryan, Defendant Rodney Lee Ryan) (Attachments: # 1 Exhibit A)(Posnanski, Timothy) (Entered: 07/29/2020) |
| 08/05/2020 | 56 (1 pg) | Notice of Oral Argument Hearing. Hearing to be held on 9/9/2020 at 11:00 AM via ZOOM. Zoom instructions to be posted in advance of hearing. (RE: 51 Motion For Summary Judgment) (skd, Law Clerk) (Entered: 08/05/2020) |
| 08/05/2020 | 57 (4 pgs) | Order Setting Remote Oral Argument (RE: 51 Motion For Summary Judgment , 56 Notice of Hearing). Oral Arguments are scheduled for 09/09/2020 at 11:00 a.m. by videoconferencing via Zoom (participating parties of Record) and telephone (observation-only parties). **Parties must appear via Zoom at 10:45 AM on 09/09/2020 for a technical pre-hearing test.** Zoom access at https://www.zoomgov.com/j/16018769746?pwd=RXplZ1cxcDZ1S2hFc095dEZBWExydz09; public access at phone number 1-888-808-6929, with access code 9122579#. (jah, Deputy Clerk) (Signed: 08/05/2020) (Entered: 08/05/2020) |
| 08/07/2020 | 58 (2 pgs) | BNC Certificate of Mailing - PDF Document (RE: 56 Notice of Hearing). Notice Date 08/07/2020. (Admin.) (Entered: 08/07/2020) |
| 08/07/2020 | 59 (5 pgs) | BNC Certificate of Mailing - PDF Document (RE: 57 Order to Set/Schedule Hearing). Notice Date 08/07/2020. (Admin.) (Entered: 08/07/2020) |
| 09/09/2020 | 60 | On 09/09/2020, the Court held Oral Arguments regarding the Plaintiff's Motion For Summary Judgment. Attorney Posnanski appeared for the plaintiff, Attorney Michelson appeared for the debtor-defendants, and Attorney DeMatthew appeared for the defendant, Fortune & McGillis SC. The Court took the matter under advisement. An audio recording of the hearing is available on the docket. (Re: 51 Motion for Summary Judgment.) (skd) (Entered: 09/09/2020) |
| 09/14/2020 | 61 | **Notice to counsel for the parties:** The Court requests that each party file supplemental briefing explaining how Wis. Stat. sec. 102.26(3)(b)2 affects that party's position that the $400,000 described in the Compromise Agreement and ALJ order is or is not property of the estate, and relates to the statutory scheme, including Wis. Stat. secs. 102.27(1) and 102.42(1), as previously cited by the parties. The plaintiff must file a supplemental letter brief by **September 28, 2020,** and each defendant must file a supplemental letter brief by **October 5, 2020.** (RE: 51 Motion for Summary Judgment filed by Plaintiff Branko Prpa MD LLC). (mhb, Law Clerk) (Entered: 09/14/2020) |
| 09/21/2020 | 62 (52 pgs) | Transcript regarding Hearing Held 9/9/2020 RE: Motion for Summary Judgment. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY |

| | | |
|---|---|---|
| | | AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 12/21/2020. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber AudioEdge Transcription, LLC, Telephone number (973) 618-2310. (RE: 51 Motion for Summary Judgment filed by Plaintiff Branko Prpa MD LLC, 60 Hearing Held (Adv Other) CHAP). Notice of Intent to Request Redaction Deadline Due By 9/28/2020. Redaction Request Due By 10/13/2020. Redacted Transcript Submission Due By 10/22/2020. Transcript access will be restricted until 12/21/2020. (amg, Deputy Clerk) (Entered: 09/21/2020) |
| 09/28/2020 | 63 (16 pgs; 3 docs) | Support/Supplement Re: *Plaintiff's Supplemental Letter Brief* Filed by Branko Prpa MD LLC (RE: 51 Motion for Summary Judgment filed by Plaintiff Branko Prpa MD LLC) (Attachments: # 1 Exhibit A # 2 Exhibit B)(Posnanski, Timothy) (Entered: 09/28/2020) |
| 10/05/2020 | 64 (2 pgs) | Support/Supplement Re: *Defendant's Supplemental Letter Brief* Filed by Jill Colleen Ryan, Rodney Lee Ryan (RE: 51 Motion For Summary Judgment, 54 Memorandum of Law filed by Defendant Jill Colleen Ryan, Defendant Rodney Lee Ryan) (Michelson, Abraham) (Entered: 10/05/2020) |
| 10/05/2020 | 65 (14 pgs; 2 docs) | Supplemental Letter Brief Filed by Fortune & McGillis, S.C. (RE: 51 Motion for Summary Judgment filed by Plaintiff Branko Prpa MD LLC) (Attachments: # 1 Exhibit Exhibits "A" and "B" to brief)(DeMatthew, Jeffrey) (Entered: 10/05/2020) |
| 03/24/2021 | 66 (31 pgs) | Decision on Plaintiff's Motion for Summary Judgment and Objection to Debtors' Claim of Exemptions (RE: 51 Motion For Summary Judgment) (skd, Law Clerk) (Entered: 03/24/2021) |
| 03/24/2021 | 67 (2 pgs) | Order on Plaintiff's Motion for Summary Judgment (Related Doc # 51). (jah, Deputy Clerk) (Signed: 03/24/2021) (Entered: 03/24/2021) |
| 03/24/2021 | 68 (3 pgs) | Entry of Judgment. (jah, Deputy Clerk) (Entered: 03/24/2021) |
| 03/26/2021 | 69 (33 pgs) | BNC Certificate of Mailing - PDF Document (RE: 66 Decision). Notice Date 03/26/2021. (Admin.) (Entered: 03/27/2021) |
| 03/26/2021 | 70 (5 pgs) | BNC Certificate of Mailing - PDF Document (RE: 68 Judgment). Notice Date 03/26/2021. (Admin.) (Entered: 03/27/2021) |
| 03/26/2021 | 71 (4 pgs) | BNC Certificate of Mailing - PDF Document (RE: 67 Order on Motion For Summary Judgment. Notice Date 03/26/2021. (Admin.) (Entered: 03/27/2021) |
| 04/07/2021 | 72 (37 pgs; 3 docs) | Notice of Appeal */Defendants' Notice of Appeal and Statement of Election* Fee Amount $298 Filed by Defendants Fortune & McGillis, S.C., Jill Colleen Ryan, Rodney Lee Ryan (RE: 66 Decision, 67 Order on Motion For Summary Judgment). (Attachments: # 1 Exhibit Exhibit A: Decision on Plaintiff's Motion for Summary Judgment and Objection to Debtor's Claim of Exemptions # 2 Exhibit Exhibit B: Order on Plaintiff's Motion for Summary Judgment)(Richman, Claire) (Entered: 04/07/2021) |
| 04/07/2021 | 73 | Receipt of Notice of Appeal( 19-02209-beh) [appeal,ntcapl] ( 298.00) |

| | | Filing Fee. Receipt number A20330495. Fee amount 298.00 (re: Doc # <u>72</u>) . (U.S. Treasury) (Entered: 04/07/2021) |
|---|---|---|
| 04/08/2021 | ○ 74 | Transmittal and Receipt of Record on Appeal received by the U.S. District Court. Civil Case number 21-CV-449 assigned to Judge Judge Brett Ludwig (RE: <u>72</u> Notice of Appeal). (Entered: 04/08/2021) |