UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 7 |
| RODNEY LEE RYAN,<br>JILL COLLEEN RYAN, | Case No. 19-29833 |
| | Honorable Beth E. Hanan |
| Debtors. | |
| BRANKO PRPA MD LLC, | |
| Plaintiff, | |
| v. | Adv. No. 19-02209 |
| RODNEY LEE RYAN, JILL COLLEEN RYAN,<br>and FORTUNE & McGILLIS, S.C., | |
| Defendants. | |

## BRANKO PRPA MD LLC'S DESIGNATION OF
## CONTENTS OF RECORD ON APPEAL

Plaintiff Branko Prpa MD LLC ("Plaintiff"), by and through its undersigned counsel of record, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, respectfully files this designation of items to be included in the record on appeal to the United States District Court for the Eastern District of Wisconsin from that certain *Decision on Plaintiff's Motion for Summary Judgment and Objection to Debtors' Claim of Exemptions* and the *Order on Plaintiff's Motion for Summary Judgment* entered on March 24, 2021.

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Plaintiff hereby designates the same items contained in Defendants' *Designation of Contents of Record on Appeal and Statements of Issues on Appeal*, filed on April 21, 2021. Additionally, Plaintiff hereby designates the following items to be included in the Record on Appeal.

### Records from the Main Chapter 7 Case No. 19-29833

1. Docket Entry No. 1 – Chapter 7 Voluntary Petition

2. Docket Entry No. 20 – Adversary Case 19-02209 Complaint by Branko Prpa MD LLC

3. Docket Entry No. 41 – Declaration About Individual Debtor's Schedules, Schedule A/B Amended, Schedule C Amended

4. Docket Entry No. 49 – PDF with attached audio file from hearing on January 30, 2020 (transcript ordered on May 4, 2021). A copy of the order is attached hereto as **Exhibit A**.

### Records from Adversary Case No. 19-02209

1. Docket Entry No. 22 – PDF with attached audio file from hearing on January 30, 2020 (transcript ordered on May 4, 2021). A copy of the order is attached hereto as **Exhibit A**.

2. Docket Entry No. 23 – Court Minutes and Order dated January 30, 2020

3. Docket Entry No. 35 – Support/Supplement Re: Exhibit A

Plaintiff reserve the right to supplement this Designation of Contents of Record on Appeal as may be necessary.

Dated this 5th day of May, 2021.

                HUSCH BLACKWELL LLP

            By:   s/ Timothy H. Posnanski
                   Timothy H. Posnanski
                   Lindsey M. Greenawald
                   HUSCH BLACKWELL LLP
                   555 E. Wells Street, Suite 1900
                   Milwaukee, WI 53202
                   (414) 273-2100
                   timothy.posnanski@huschblackwell.com
                   lindsey.greenawald@huschblackwell.com



  Online Scheduling ▾    Contact Us

Sherri Fonte,

Your scheduling request has been received:

> **Husch Blackwell LLP**
> 
> **In re Rodney Lee Ryan and Jill Colleen Ryan**
> 
> **Case Number: 19-29833-beh**
> 
> **1/30/2020**

If there are any issues, we will contact you immediately.

AudioEdge Transcription, LLC
23 Vreeland Rd
Suite 205
Florham Park, NJ 07932

**(973) 618-2310**

info@audioedgetranscription.com

**EXHIBIT A**

# Fonte, Sherri

| | |
|---|---|
| **From:** | Audio Edge Transcription <audioedge@audioedgetranscription.com> |
| **Sent:** | Wednesday, May 5, 2021 11:57 AM |
| **To:** | Fonte, Sherri |
| **Cc:** | Audio Edge Transcription |
| **Subject:** | FW: cc receipt Rodney vs. Jill Ryan |

[EXTERNAL EMAIL]

Here you go Sherri.

## AudioEdge Transcription, LLC

23 Vreeland Rd
Suite 205
Florham Park, NJ 07932
(973) 618-2153

5/5/21 12:53 PM
Ref #: R125771746406
Authorization Code: 056825
customer invoice: Rodney vs. Jill Ryan

**Total: $150.00** USD

1

EXHIBIT A



This email/fax message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email/fax is prohibited. If you are not the intended recipient, please destroy all paper and electronic copies of the original message.